UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NUMBER: 8:94-cr-150-T-26TBM

JEFFREY RYAN ALCANTARA, JR.

_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on August 4, 2006. The defendant appeared with counsel, Mark Thellman. Also present was the Probation Officer and Assistant United States Attorney Walter Furr.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is, herefore,

**ORDERED AND ADJUDGED:**

1.      The Judgment of Supervised Release entered herein on March 20, 1995, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **REVOKED.**

2.      The defendant, JEFFREY RYAN ALCANTARA, JR., is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TWENTY-SEVEN (27) MONTHS.** The Defendant shall report to the institution designated by the Bureau of Prisons.

Page Two

3.     This Court has no objection to the Defendant serving his sentence in the State

Court System.

DONE AND ORDERED, At Tampa, Florida, this <u>4th</u> day of August 2006.

RICHARD A. LAZZARA
United States District Judge

cc:     U.S. Attorney - James Muench
        Defense Counsel - Mark Thellman
        Defendant - c/o Counsel
        U.S. Marshal
        U.S. Bureau of Prisons
        U.S. Probation